# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-16-00041-CV

---

**John J. Gorman IV, Appellant**

**v.**

**Westech Capital Corp., Appellee**

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-14-001475, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

On July 21, 2016, the Court abated this appeal pursuant to a notice that appellant John J. Gorman IV had filed for bankruptcy. *See* 11 U.S.C. § 362(a); Tex. R. App. P. 8.2. The parties have now filed a joint motion to dismiss the appeal, informing the Court that both parties filed for bankruptcy in 2016 and that on September 14, 2020, the Bankruptcy Court handling both bankruptcy cases had approved a settlement agreement in which the bankruptcy trustees for each party agreed to dismiss this appeal and the underlying case in the 53rd District Court. In accordance with that agreement, we grant the motion to dismiss and dismiss this appeal.

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Triana, and Kelly

Dismissed on Joint Motion

Filed:   January 13, 2021